1644.10388S

ALEXANDER F. STUART - 96141
WILLOUGHBY, STUART & BENING, INC.
50 W. San Fernando Street, Suite 400
San Jose, California 95113
Telephone:  (408) 289-1972
Facsimile:   (408) 295-6375

*E-FILED 5/16/06*

Attorneys for Plaintiff,
FOUR SEASONS ASSOC., LLC

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE FACILITY

| | |
|---|---|
| FOUR SEASONS ASSOCIATES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> SIRIUS AMERICA INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY; AND DOES 1 THROUGH 100 (inclusive), <br><br> Defendants. | No. C 06-00208 RS <br><br> **JOINT CASE MANAGEMENT STATEMENT AND [~~PROPOSED~~] ORDER** |

The parties to the above-entitled action jointly submit this Case Management Statement and Proposed Order.

Plaintiff FOUR SEASONS ASSOCIATES, LLC ("Four Seasons") and defendants, SIRIUS AMERICA INSURANCE CO. ("Sirius") and ZURICH AMERICAN INSURANCE CO. ("Zurich") have settled the action. The parties are in the process of drafting and finalizing the settlement agreements. The parties request a 30 - 45 day continuance of the Case Management Conference currently scheduled for May 24, 2006.

///

///

///

1

DATED: May 15, 2006

          WILLOUGHBY, STUART & BENING

          By: _____
               ALEXANDER F. STUART
               Attorneys for Plaintiff, FOUR SEASONS
               ASSOC., LLC

DATED: May 15, 2006

          LHB PACIFIC LAW PARTNERS, LLP

          By: _____
               PATRICK J. BAILEY
               Attorneys for Defendant, SIRIUS
               AMERICA INSURANCE CO.

DATED: May 15, 2006

          BISHOP, BARRY, HOWE, HANEY & RYDER

          By: _____
               JONATHAN GROSS
               Attorneys for Defendant, ZURICH
               AMERICAN INSURANCE CO.

## ORDER

The Case Management Conference scheduled for May 24, 2006 is continued to July 19, 2006 at 2:30 p.m.

DATED: 5/16/06          By: _____
                                            Richard Seeborg
                                            United States Magistrate Judge

```
 1  DATED: May 15, 2006
 2                                          WILLOUGHBY, STUART & BENING
 3
 4                                          By: _____
 5                                              ALEXANDER F. STUART
                                                Attorneys for Plaintiff, FOUR SEASONS
 6                                              ASSOC., LLC

 7  DATED: May 15, 2006
 8                                          LHB PACIFIC LAW PARTNERS, LLP
 9
10                                          By: _____
11                                              PATRICK J. BAILEY
                                                Attorneys for Defendant, SIRIUS
12                                              AMERICA INSURANCE CO.

13  DATED: May 15, 2006
14                                          BISHOP, BARRY, HOWE, HANEY & RYDER
15
16                                          By: _____
17                                              JONATHAN GROSS
                                                Attorneys for Defendant, ZURICH
18                                              AMERICAN INSURANCE CO.
19
20                                  ORDER
21      The Case Management Conference scheduled for May 24, 2006 is continued to
22  _____, 2006 at _____.
23
24  DATED:                                  By: _____
25                                              Richard Seeborg
                                                United States Magistrate Judge
26
27
28
```

2.

1 DATED: May 15, 2006

WILLOUGHBY, STUART & BENING

By: _____
ALEXANDER F. STUART
Attorneys for Plaintiff, FOUR SEASONS ASSOC., LLC

7 DATED: May 15, 2006

LHB PACIFIC LAW PARTNERS, LLP

By: _____
PATRICK J. BAILEY
Attorneys for Defendant, SIRIUS AMERICA INSURANCE CO.

13 DATED: May 15, 2006

BISHOP, BARRY, HOWE, HANEY & RYDER

By: _____
JONATHAN GROSS
Attorneys for Defendant, ZURICH AMERICAN INSURANCE CO.

## ORDER

The Case Management Conference scheduled for May 24, 2006 is continued to _____, 2006 at _____.

DATED: By: _____
Richard Seeborg
United States Magistrate Judge

2